UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JENNIFER MARLIANA LAND,**

   **Petitioner,**

v.                                                         Case No. 5:21-cv-10-TKW-MJF

**RICKY D. DIXON**

   **Respondent.**
   _____/

## **ORDER**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 15). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determinations that no evidentiary hearing is required for the disposition of this matter; that Petitioner is not entitled to habeas relief; and that a certificate of appealability is not warranted. Accordingly, it is **ORDERED** that:

   1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus (Doc. 1) challenging the judgment of conviction and sentence in *State of Florida v. Jennifer Marlaina Land*, Washington County Circuit Court Case No. 2015-CF-284, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk shall close the case file.

**DONE and ORDERED** this 23rd day of June, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**